IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FREDDIE McCREA, JR.,

    Plaintiff,

vs.                                                  Case No. 3:09cv68/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,

    Defendant.
                                               /

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 18, 2009. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **AFFIRMED** and this action is DISMISSED. The clerk shall **CLOSE** this file.

**DONE AND ORDERED** this 15th day of January, 2010.

                                                    s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **UNITED STATES DISTRICT JUDGE**