IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FREDDIE McCREA, JR.,
    Plaintiff,

v.                                                      Case No.:  3:09cv68/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

## O R D E R

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 12, 2011 (Doc. 34).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

       Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.     Plaintiff's Motion for Attorney Fees and Expenses Under the Equal Access to Justice Act (Doc. 32) is **GRANTED** as follows:

          a.     Plaintiff is entitled to recover reasonable fees and expenses for representation by his counsel, Jack E. De La Piedra, before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); attorney fees and expenses under the EAJA in the amount of $7,500.00 are reasonable; and the Commissioner is directed to pay that amount to Plaintiff.

          b.     Costs in the amount of $805.00 are also awarded to Plaintiff, to be paid from the Judgment Fund of the United States Treasury.

    c.      Plaintiff's payments shall be mailed to his attorney, Jack E. De La Piedra, at the law firm of McKenzie, Hall, and De La Piedra, P.A., 905 East Hatton Street, Pensacola, Florida 32503.

**DONE AND ORDERED** this 12th day of May, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**